IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JONATHAN RAY WILLIFORD | § | |
| VS. | § | CIVIL ACTION NO.   1:19-CV-238 |
| OFFICE OF THE COUNTY ATTORNEY, HARDIN COUNTY | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Petitioner Jonathan Ray Williford, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing the petition without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.  Proper notice was given to the petitioner at his last known address.  *See* FED. R. CIV. P. 5(b)(2)(c).  However, the petitioner's copy of the Report and Recommendation was returned to the Court as unclaimed.  It is unclear whether the petitioner's address has changed or if he is refusing to accept mail from the Court.  In the event that the petitioner's address has changed, he has failed to notify the Court in contravention of Local Rule CV-11(d).  Regardless of the reason for the

unclaimed mail, the Court is unable to proceed with this petition without the petitioner's participation.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (document no. 5) is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED this 5th day of June, 2020.**

Michael J. Truncale<br>
United States District Judge